# EXHIBIT A

STATE OF NEW YORK
# DEPARTMENT OF STATE
ONE COMMERCE PLAZA
99 WASHINGTON AVENUE
ALBANY, NY 12231-0001
WWW.DOS.NY.GOV

KATHY HOCHUL
GOVERNOR

WALTER T. MOSLEY
SECRETARY OF STATE

May 09, 2025

C/O CORPORATION SERVICE COMPANY
80 STATE STREET
ALBANY NY 12207, USA

| RE: | Party Served: | GOOGLE LLC |
|---|---|---|
| | Plaintiff/Petitioner: | AMELIA SHATTUCK |
| | Receipt Number: | 202505090613 |
| | Date Served: | 04/30/2025 |
| | Section of Law: | SECTION 303 OF THE LIMITED LIABILITY COMPANY LAW |

To whom it may concern:

Enclosed is a legal document that was served upon the Secretary of State as the designated agent of the above named party. The Department of State is required by law to forward this legal document to the address on file for such party. This office is not authorized to offer legal advice. If you have any questions concerning this document, please contact your attorney.

Recently enacted legislation permits process to be served electronically on the Secretary of State as agent of a domestic or authorized foreign corporation, limited liability company, limited partnership, limited liability partnership, general association or condominium board, provided such entity has provided the Department of State with an email address for electronic service of process notification.

If the above named party has not already done so, it may provide the Department of State with an email address to which the Department will email a notice of the fact that process against such party has been electronically served upon the Secretary of State. A copy of any process served electronically will be made available to the party served through the Department's Electronic Service of Process webpage. Entities may provide the Department with an email address through the amendment procedure permitted by the law for such entity.

Sincerely,

Department of State
Division of Corporations, State Records
and Uniform Commercial Code
(518) 473-2492



**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF** WARREN
-----------------------------------------------------------------x
AMELIA SHATTUCK

                          Plaintiff/Petitioner,

            - against -                         Index No. EF2025-73913
GOOGLE, LLC AND FITBIT, INC

                  Defendant/Respondent.
-----------------------------------------------------------------x

**NOTICE OF ELECTRONIC FILING**
**(Mandatory Case)**
(Uniform Rule § 202.5-bb)

**You have received this Notice because**:

    1) The Plaintiff/Petitioner, whose name is listed above, has filed this case using the New York State Courts E-filing system ("NYSCEF"), and

    2) You are a Defendant/Respondent (a party) in this case.

- **If you are represented by an attorney:**
Give this Notice to your attorney.  (Attorneys: see "Information for Attorneys" pg. 2).

- **If you are not represented by an attorney:**
**You will be served with all documents in paper and you must serve and file your documents in paper, unless you choose to participate in e-filing.**

**If you choose to participate in e-filing, you must have access to a computer and a scanner or other device to convert documents into electronic format, a connection to the internet, and an e-mail address to receive service of documents.**

The **benefits of participating in e-filing** include:

      - serving and filing your documents electronically

      - free access to view and print your e-filed documents

      - limiting your number of trips to the courthouse

      - paying any court fees on-line (credit card needed)

**To register for e-filing or for more information about how e-filing works:**

- visit: www.nycourts.gov/efile-unrepresented or
- contact the Clerk's Office or Help Center at the court where the case was filed. Court contact information can be found at www.nycourts.gov

                        EFM-1

To find legal information to help you represent yourself visit www.nycourthelp.gov

**Information for Attorneys**
**(E-filing is Mandatory for Attorneys)**

An attorney representing a party who is served with this notice must either:

1) immediately record his or her representation within the e-filed matter on the NYSCEF site www.nycourts.gov/efile ; or

2) file the Notice of Opt-Out form with the clerk of the court where this action is pending and serve on all parties. Exemptions from mandatory e-filing are limited to attorneys who certify in good faith that they lack the computer hardware and/or scanner and/or internet connection or that they lack (along with all employees subject to their direction) the knowledge to operate such equipment. [Section 202.5-bb(e)]

For additional information about electronic filing and to create a NYSCEF account, visit the NYSCEF website at www.nycourts.gov/efile or contact the NYSCEF Resource Center (phone: 646-386-3033; e-mail: nyscef@nycourts.gov).

Dated: ___4/24/2025_____

# John F. Harwick, Esq.
_____
Name
Hacker Murphy, LLP
_____
Firm Name

200 Harborside Drive, Suite 300
_____

Schenectady, NY 12305
_____
Address

518-274-5820
_____
Phone

jharwick@hackermurphy.com
_____
E-Mail

To: Google, LLC
_____

Fitbit, Inc.
_____

_____

2/24/20

Index #                              Page 2 of 2                              EFM-1

FILED: WARREN COUNTY CLERK 04/24/2025 01:50 PM

NYSCEF DOC. NO. 1

INDEX NO. EF2025-73913

RECEIVED NYSCEF: 04/24/2025

STATE OF NEW YORK
SUPREME COURT    COUNTY OF WARREN

---

AMELIA SHATTUCK,

                              Plaintiff,

            -against-

GOOGLE, LLC and FITBIT, INC.,

                              Defendants.

---

**SUMMONS**

Index No.: _____

Date Purchased:_____

TO THE ABOVE-NAMED DEFENDANTS:

You are hereby summoned and required to serve upon the plaintiff's attorney an answer to the complaint in this action within twenty (20) days after the service of this summons, exclusive of the day of service, or within thirty (30) days after service is complete if this summons is not personally delivered to you within the State of New York.  In case of your failure to answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated: April 24, 2025
       Schenectady, New York

                                        HACKER MURPHY, LLP

                    By:    _____
                           John F. Harwick, Esq.
                           *Attorneys for Plaintiff*
                           200 Harborside Drive, Suite 300
                           Schenectady, New York 12305
                           Tel. No.: (518) 213-0113
                           jharwick@hackermurphy.com

Trial is desired in the County of Warren
The basis of venue designated above is that
the injury occurred in the County of Warren and State of New York.

FILED: WARREN COUNTY CLERK 04/24/2025 01:50 PM
NYSCEF DOC. NO. 1

INDEX NO. EF2025-73913
RECEIVED NYSCEF: 04/24/2025

STATE OF NEW YORK
SUPREME COURT        COUNTY OF WARREN

---

AMELIA SHATTUCK,

                                        Plaintiff,        **COMPLAINT**

        -*against*-
                                                         Index No.: _____

GOOGLE, LLC and FITBIT, INC.,

                                        Defendants.

---

Plaintiff AMELIA SHATTUCK ("Plaintiff"), by and through her undersigned attorneys, Hacker Murphy, LLP, brings this action against defendants GOOGLE, LLC AND FITBIT, INC., and for her complaint, sets forth the following:

## INTRODUCTION

1.      This is a product liability action for personal injuries sustained by Plaintiff due to a defective Fitbit watch battery, which overheated and burned Plaintiff's left wrist, causing severe burns and permanent scarring.

2.      Defendant Google LLC is sued as the successor-in-interest to Fitbit, Inc., which designed, manufactured, marketed, and sold the defective product.

3.      Upon information and belief, in January 2025, Google LLC and Fitbit, Inc. agreed to pay a $12.25 million civil penalty relating to Fitbit's failure to report the risk of overheating Fitbit watch batteries to the U.S. Consumer Product Safety Commission.

## PARTIES

4.      At all times hereinafter mentioned, Plaintiff is an individual residing at 4 Lady Slipper Drive, Queensbury, NY 12804.

FILED: WARREN COUNTY CLERK 04/24/2025 01:50 PM

NYSCEF DOC. NO. 1

INDEX NO. EF2025-73913

RECEIVED NYSCEF: 04/24/2025

5.    The Plaintiff was and is a resident of the town of Queensbury, County of Warren, State of New York and recently turned 18 years old.

6.    Upon information and belief, Defendant Google LLC is a Delaware limited liability company with its principal place of business at 1600 Amphitheatre Parkway, Mountain View, California 94043.

7.    Google LLC acquired Fitbit, Inc. and is the successor-in-interest responsible for product defects arising from Fitbit devices.

8.    As successor in interest to Fitbit, Inc. Google LLC is liable for plaintiff's injuries and damages alleged herein.

## JURISDICTION AND VENUE

9.    This Court has jurisdiction over this matter pursuant to CPLR § 301 because Defendant Google LLC transacts business within the State of New York and regularly supplies goods and services within the state, deriving substantial revenue from its business activities in New York.

10.    Venue is proper in Warren County pursuant to CPLR § 503 as Plaintiff is a resident of Warren County, and a substantial part of the events giving rise to this claim occurred within this county.

## FACTUAL ALLEGATIONS

11.    Plaintiff purchased a Fitbit Versa 2 ("The Fitbit") on or about November 28, 2019.

12.    The aforesaid Fitbit was maintained, designed and sold by Fitbit, Inc.

13.    On May 2, 2021, while wearing the Fitbit, the device's battery overheated, causing a severe burn to Plaintiff's wrist.

14.    The burn resulted in permanent scarring, pain, and emotional distress.

FILED: WARREN COUNTY CLERK 04/24/2025 01:50 PM

NYSCEF DOC. NO. 1

INDEX NO. EF2025-73913

RECEIVED NYSCEF: 04/24/2025

15. Defendant knew or should have known that the Fitbit contained a defective lithium-ion battery prone to overheating and burning users.

16. Defendant failed to properly warn consumers about the risk of burns and failed to recall or fix the defect.

### AS AND FOR A FIRST CAUSE OF ACTION:
### STRICT PRODUCTS LIABILITY (DEFECTIVE DESIGN)

17. Plaintiff repeats and reallages each of the preceding paragraphs above as if fully set forth herein.

18. Defendant designed, manufactured, and sold a Fitbit device that was defectively designed because its battery posed an unreasonable risk of overheating and burning consumers.

19. The defect existed at the time the product left Defendant's control and was a substantial factor in causing Plaintiff's injuries.

### AS AND FOR A SECOND CAUSE OF ACTION:
### STRICT PRODUCTS LIABILITY (FAILURE TO WARN)

20. Plaintiff repeats and reallages each of the preceding paragraphs above as if fully set forth herein.

21. Defendant failed to provide adequate warnings regarding the risks of battery overheating and burns.

22. Had Plaintiff been warned, she would not have used the product or would have taken precautions to avoid injury.

### AS AND FOR A THIRD CAUSE OF ACTION:
### NEGLIGENCE

23. Plaintiff repeats and reallages each of the preceding paragraphs above as if fully set forth herein.

FILED: WARREN COUNTY CLERK 04/24/2025 01:50 PM
NYSCEF DOC. NO. 1

INDEX NO. EF2025-73913
RECEIVED NYSCEF: 04/24/2025

24. Defendant breached its duty of care by failing to design a safe product and failing to issue adequate warnings or recalls.

25. As a direct and proximate result of Defendant's negligence, Plaintiff suffered severe injuries and damages.

26. That the injuries and damages were caused wholly and solely by reason of the negligent acts of the defendant, without any fault on the part of the plaintiff.

27. That this action falls within at least one of the exceptions set forth in Section 1602 of the New York Civil Practice Law and Rules.

28. By reason of the foregoing, the plaintiff has been damaged in an amount that exceeds the jurisdictional limits of all lower courts, plus costs, interest, and such other relief as the Court deems just and proper.

**WHEREFORE**, plaintiff demands judgment against defendant herein in the manner, form and amounts recited, together with the costs and disbursements of this action.

Dated: April 24, 2025
Schenectady, New York      **HACKER MURPHY, LLP**

By:

John F. Harwick, Esq.
*Attorneys for Plaintiff*
200 Harborside Drive, Suite 300
Schenectady, New York 12305
Tel: (518) 213-0113
Email: jharwick@hackermurphy.com